UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CODY SPEARS,

Plaintiff,

-v- 22-cv-0251

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

Defendant.

**STIPULATION FOR ALLOWANCE OF FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**IT IS HEREBY STIPULATED** by and between Kristina Danielle Cohn, Special Assistant United States Attorney, for Carla B. Freedman, the United States Attorney for the Northern District of New York, attorneys for the Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, and Justin Goldstein, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$9,187.31,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

DATED: July 26, 2023

CARLA B. FREEDMAN
United States Attorney
Northern District of New York

BY: */s/ Kristina Danielle Cohn*

Kristina Danielle Cohn
Special Assistant United States Attorney
Office of Program Litigation, Office 2
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Phone: 212-264-2179
Email: kristina.cohn@ssa.gov

BY: *s/Justin Goldstein*

Justin Goldstein, Esq.
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue
Suite 1A
Amherst, NY 14226
716-564-3288
Fax: 716-332-1884
Email: jgoldstein@kennethhiller.com

**SO ORDERED:**

**HONORABLE DAVID E. PEEBLES**
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** July 27, 2023